CHAMBERS OF
**SIDNEY H. STEIN**
UNITED STATES DISTRICT JUDGE

November 2, 2006

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Washington, DC 20544

   Re: <u>Calendar Year 2005 Filing</u>

Dear Committee:

   I write in response to your letter dated October 11, 2006.

   Part I, line 1, should read "President and Member, Board of Directors, ▮▮▮▮▮ ▮▮▮▮▮▮▮nder the heading "Position." As set forth on the financial disclosure report, that entity is a not for profit cooperative housing corporation ▮▮▮▮▮▮▮▮▮▮▮▮

   Part VII, page 6, line 49, column B(1), should read "A."

   I believe this responds in full to your enquiries.

          Very truly yours,

          Sidney H. Stein, U.S.D.J.

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>STEIN, SIDNEY H | 2. Court or Organization<br><br>U.S. Federal District Court | 3. Date of Report<br><br>8/17/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.D.C. Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>500 Pearl Street<br>New York, New York 10007-1312 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President and Member, Board of Directors | A not for profit cooperative housing corporation that owns the building ███████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2006 AUG 25 A 11: 25
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2005 | West Group - Royalty | $ 3,903.34 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | ▬▬▬▬ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MONEY MARKETS | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. JPMORGAN U.S. GOVT. | E | Interest | M | T | Part Sale | 2-25 | O | | |
| 4. DREYFUS MUNI MKT | C | Interest | M | T | | | | | |
| 5. COMMON STOCKS | | | | | | | | | |
| 6. BANKAMERICA CORP. COM | | | | | Buy | 8-1 | L | | |
| 7. BANKAMERICA CORP. COM. | D | Dividend | M | T | Buy | 9-13 | K | | |
| 8. BERKSHIRE HATHAWAY CORP. COM | | None | P1 | T | | | | | |
| 9. FEDERAL NATIONAL MTG ASSN COM. | | | | | Buy | 4-13 | K | | |
| 10. FEDERAL NATIONAL MTG ASSN COM. | | | | | Buy | 8-1 | K | | |
| 11. FEDERAL NATIONAL MTG ASSN COM. | B | Dividend | L | T | Buy | 11-2 | K | | |
| 12. 5180 GRANT AVENUE CORP. | D | Dividend | P1 | W | | | | | |
| 13. MICROSOFT CORP. COM. | | | | | Buy | 3-10 | K | | |
| 14. MICROSOFT CORP. COM. | B | Dividend | M | T | Buy | 8-1 | K | | |
| 15. ARROW ELECTRIC | | None | | | Sold | 8-7 | J | B | |
| 16. ARROW ELECTRIC | | | | | Buy | 8-1 | J | | |
| 17. ARROW ELECTRIC | | None | K | T | Buy | 8-24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CSX CORP. | | | | | Part Sale | 4-22 | J | B | |
| 19. CSX CORP. | | | | | Part Sale | 7-29 | L | E | |
| 20. CSX CORP. | A | Dividend | L | T | Buy | 8-1 | K | | |
| 21. NORFOLK SOUTHERN | A | Dividend | L | T | Buy | 8-1 | K | | |
| 22. AMERICAN ELECTRIC POWER | | | | | Part Sale | 4-22 | J | | |
| 23. AMERICAN ELECTRIC POWER | A | Dividend | J | T | Part Sale | 8-2 | K | D | |
| 24. CHUBB CORP. | | | | | Part Sale | 4-22 | K | C | |
| 25. CHUBB CORP. | B | Dividend | M | T | Buy | 8-1 | K | | |
| 26. COOPER TIRE & RUBBER | A | Dividend | J | T | | | | | |
| 27. FEDERATED DEPT. STORES | A | Dividend | | | Sold | 7-18 | K | E | |
| 28. INGRAM MICRO INC. | | | | | Part Sale | 4-22 | J | A | |
| 29. INGRAM MICRO INC. | | None | | | Sold | 7-29 | K | C | |
| 30. OCCIDENTAL PET. | B | Dividend | M | T | Buy | 8-1 | J | | |
| 31. SUPERVALUE INC. | A | Dividend | K | T | Buy | 8-1 | J | | |
| 32. VF CORP. | A | Dividend | J | T | Part Sale | 2-2 | K | E | |
| 33. WISCONSIN ENERGY | B | Dividend | L | T | Buy | 8-1 | K | | |
| 34. AMERICAN INT'L GROUP INC. | | | | | Buy | 8-1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AMERICAN INT'L GROUP INC. | A | Dividend | K | T | Part Sale | 2-22 | M | D | |
| 36. AVNET, INC. | | None | K | T | | | | | |
| 37. BURLINGTON NORTHERN SANTA FE CORP. | A | Dividend | | | Sold | 5-9 | K | E | |
| 38. NATIONAL CITY CORP. | | | | | Part Sale | 7-25 | K | D | |
| 39. NATIONAL CITY CORP. | B | Dividend | L | T | Buy | 8-1 | J | | |
| 40. TECH DATA CORP. | | None | J | T | | | | | |
| 41. COMCAST CORP. CL. A | | None | K | T | Buy | 8-1 | K | | |
| 42. FREDDIE MAC | | | | | Buy | 2-10 | J | | |
| 43. FREDDIE MAC | | | | | Buy | 8-1 | K | | |
| 44. FREDDIE MAC | B | Dividend | L | T | Buy | 12-27 | K | | |
| 45. LEAR CORPORATION | A | Dividend | J | T | Buy | 8-1 | J | | |
| 46. LEHMAN BROTH. HOLDINGS | | | | | Part Sale | 3-7 | J | B | |
| 47. LEHMAN BROTH. HOLDINGS | | | | | Part Sale | 7-6 | J | A | |
| 48. LEHMAN BROTH. HOLDINGS | A | Dividend | K | T | Part Sale | 8-31 | K | D | |
| 49. MAGNA INTL. INC. CLASS A | | Dividend | K | T | | | | | |
| 50. NORTEL NETWORKS CORP. | | None | J | T | | | | | |
| 51. PFIZER INC. | | None | | | Sold | 1-18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SMURFIT STONE | | | | | Buy | 8-1 | J | | |
| 53. SMURFIT STONE | | None | K | T | Buy | 10-31 | K. | | |
| 54. SOLECTRON CORP. | | | | | Buy | 8-1 | J | | |
| 55. SOLECTRON CORP. | | | | | Buy | 10-28 | J | | |
| 56. SOLECTRON CORP. | | None | K | T | Buy | 10-31 | J | | |
| 57. TELLABS INC. | | None | K | T | Buy | 10-5 | J | | |
| 58. WACHOVIA CORP. | C | Dividend | M | T | Buy | 8-1 | K | | |
| 59. APACHE CORP. | | None | | | Sold | 1-3 | N | G | |
| 60. BJ SERVICES CO. | | | | | Part Sale | 1-7 | L | C | |
| 61. BJ SERVICES CO. | A | Dividend | | | Sold | 2-22 | M | F | |
| 62. BED BATH & BEYOND | | None | | | Sold | 2-22 | M | E | |
| 63. CONOCO PHILLIPS | | | | | Part Sale | 7-25 | K | E | |
| 64. CONOCO PHILLIPS | | | | | Buy | 8-1 | J | | |
| 65. CONOCO PHILLIPS | B | Dividend | L | T | Buy | 10-31 | K | | |
| 66. CONSTELLATION ENERGY | B | Dividend | L | T | | | | | |
| 67. COOPER INDUSTRIES CL. A | | None | L | T | Buy | 8-1 | K | | |
| 68. DELL COMPUTERS | | None | | | Sold | 2-22 | M | F | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. EBAY INC. | | None | | | Sold | 2-22 | N | G | |
| 70. GILEAD SCIENCES | | None | | | Sold | 2-22 | M | G | |
| 71. HEWLETT PACKARD | | | | | Part Sale | 4-22 | J | A | |
| 72. HEWLETT PACKARD | B | Dividend | M | T | Buy | 8-1 | K | | |
| 73. JANUS CORE EQUITY FUND (IRA) | C | Dividend | O | T | | | | | |
| 74. MARTEK BIOSCIENCES | | None | | | Sold | 2-22 | N | G | |
| 75. MEAD WESTVACO CORP. | A | Dividend | | | Sold | 5-27 | K | A | |
| 76. METLIFE INC. | A | Dividend | L | T | Buy | 8-1 | K | | |
| 77. NABORS INDUSTRIES LTD. | | | | | Part Sale | 1-7 | M | E | |
| 78. NABORS INDUSTRIES LTD. | | None | | | Sold | 2-22 | M | F | |
| 79. SCHLUMBERGER | A | Dividend | | | Sold | 2-22 | N | G | |
| 80. SPRINT CORP. (Now SPRINT NEXTEL) | | | | | Part Sale | 2-22 | K | D | |
| 81. SPRINT CORP. (Now SPRINT NEXTEL) | | | | | Buy | 8-1 | K | | |
| 82. SPRINT CORP. (Now SPRINT NEXTEL) | A | Dividend | M | T | Buy | 10-5 | K | | |
| 83. ST. PAUL TRAVELERS | | | | | Buy | 8-1 | K | | |
| 84. ST. PAUL TRAVELERS | A | Dividend | L | T | Buy | 10-5 | J | | |
| 85. ALTRIA GROUP INC. | C | Dividend | M | T | Buy | 8-1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BP PLC | C | Dividend | M | T | Buy | 8-1 | L | | |
| 87. CHEVRON TEXACO (Now CHEVRON CORP.) | B | Dividend | M | T | Buy | 8-1 | K | | |
| 88. CITIGROUP INC. | | | | | Buy | 4-12 | K | | |
| 89. CITIGROUP INC. | D | Dividend | N | T | Buy | 8-1 | L | | |
| 90. CO STAR GROUP | | None | | | Sold | 2-22 | N | F | |
| 91. ENTERGY CORP. | | | | | Buy | 8-1 | J | | |
| 92. ENTERGY CORP. | B | Dividend | K | T | Part Sale | 8-2 | K | A | |
| 93. FLEXTRONICS | | | | | Buy | 8-1 | K | | |
| 94. FLEXTRONICS | | | | | Buy | 10-5 | K | | |
| 95. FLEXTRONICS | | None | L | T | Buy | 12-21 | J | | |
| 96. GENERAL ELECTRIC | | | | | Buy | 2-10 | J | | |
| 97. GENERAL ELECTRIC | | | | | Part Sale | 6-28 | J | | |
| 98. GENERAL ELECTRIC | C | Dividend | M | T | Buy | 8-1 | K | | |
| 99. GETTY IMAGES | | None | | | Sold | 2-22 | N | G | |
| 100. GLAXO SMITHKLINE | | | | | Part Sale | 2-2 | K | C | |
| 101. GLAXO SMITHKLINE | | None | | | Sold | 3-11 | K | D | |
| 102. GOLDMAN SACHS GROUP INC. | | | | | Part Sale | 3-22 | M | F | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000
(See Column C2)   Q =Appraisal   V =Other   S =Assessment   T =Cash Market
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. GOLDMAN SACHS GROUP INC. | A | Dividend | L | T | Buy | 8-1 | K | | |
| 104. HARTFORD FINANCIAL SERV. GROUP INC. | A | Dividend | L | T | Buy | 8-1 | K | | |
| 105. KROGER CO. | | None | K | T | Buy | 8-1 | K | | |
| 106. MARTEN TRANSPORT LTD. | | None | | | Sold | 2-25 | K | C | |
| 107. PEPSICO | A | Dividend | L | T | Buy | 8-1 | K | | |
| 108. PROTEIN DESIGN LABS | | None | | | Sold | 2-22 | M | D | |
| 109. QUEST SOFTWARE | | None | | | Sold | 2-2 | M | E | |
| 110. SAFEWAY, INC. | A | Dividend | K | T | Buy | 8-1 | J | | |
| 111. TEXTRON INC. | | | | | Buy | 8-1 | J | | |
| 112. TEXTRON INC. | B | Dividend | L | T | Part Sale | 8-22 | J | A | |
| 113. X M SATELLITE RADIO CL. A | | | | | Part Sale | 1-12 | L | E | |
| 114. X M SATELLITE RADIO CL. A | | None | | | Sold | 2-22 | N | G | |
| 115. AUDIO CODES LTD. | | | | | Part Sale | 1-12 | L | D | |
| 116. AUDIO CODES LTD. | | None | | | Sold | 2-9 | M | E | |
| 117. ARCHIPELAGO HOLDINGS | | | | | Buy | 1-10 | J | | |
| 118. ARCHIPELAGO HOLDINGS | | | | | Buy | 1-11 | J | | |
| 119. ARCHIPELAGO HOLDINGS | | | | | Buy | 1-12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ARCHIPELAGO HOLDINGS | | | | | Buy | 1-13 | J | | |
| 121. ARCHIPELAGO HOLDINGS | | | | | Buy | 1-14 | J | | |
| 122. ARCHIPELAGO HOLDINGS | | | | | Buy | 1-18 | J | | |
| 123. ARCHIPELAGO HOLDINGS | | | | | Buy | 1-26 | J | | |
| 124. ARCHIPELAGO HOLDINGS | | | | | Buy | 1-27 | J | | |
| 125. ARCHIPELAGO HOLDINGS | | | | | Buy | 1-28 | J | | |
| 126. ARCHIPELAGO HOLDINGS | | | | | Buy | 2-2 | J | | |
| 127. ARCHIPELAGO HOLDINGS | | | | | Buy | 2-3 | J | | |
| 128. ARCHIPELAGO HOLDINGS | | | | | Buy | 2-4 | J | | |
| 129. ARCHIPELAGO HOLDINGS | | None | | | Sold | 2-22 | K | | |
| 130. BILL BARRETT CORP. | | None | | | Sold | 1-3 | J | C | |
| 131. BOEING CO. | B | Dividend | L | T | Buy | 8-1 | K | | |
| 132. BORG WARNER | A | Dividend | K | T | Buy | 8-1 | J | | |
| 133. BRUNSWICK CORP. | | None | | | Sold | 2-22 | N | | |
| 134. CHINA NET COM GROUP | | None | | | Sold | 2-22 | N | F | |
| 135. COLDWATER CREEK | | | | | Part Sale | 1-26 | K | D | |
| 136. COLDWATER CREEK | | | | | Part Sale | 2-9 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. COLDWATER CREEK | | | | | Part Sale | 2-11 | K | D | |
| 138. COLDWATER CREEK | | | | | Part Sale | 2-22 | L | E | |
| 139. COLDWATER CREEK | | None | | | Sold | 2-23 | M | F | |
| 140. CUMMINS INC. | | | | | Part Sale | 1-11 | K | D | |
| 141. CUMMINS INC. | B | Dividend | | | Sold | 2-22 | M | F | |
| 142. DREAMWORKS ANIMATION | | None | | | Sold | 2-22 | M | | |
| 143. DR HORTON INC. | A | Dividend | | | Sold | 2-22 | M | E | |
| 144. EOG RESOURCES | | | | | Part Sale | 1-7 | L | | |
| 145. EOG RESOURCES | | None | | | Sold | 1-12 | L | | |
| 146. 51 JOB INC. | | None | | | Sold | 1-24 | M | | |
| 147. FLIR SYSTEMS | | None | | | Sold | 2-22 | N | F | |
| 148. GEN PROBE INC. | | None | | | Sold | 2-22 | N | F | |
| 149. GENENTECH INC. | | None | | | Sold | 2-22 | M | | |
| 150. HARRIS & HARRIS | | None | | | Sold | 2-22 | M | | |
| 151. HUGHES SUPPLY INC. | A | Dividend | | | Sold | 2-22 | M | | |
| 152. INPHONIC INC. | | | | | Part Sale | 1-24 | K | | |
| 153. INPHONIC INC. | | None | | | Sold | 1-25 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (!) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. INTERPUBLIC GROUP | | | | | Buy | 2-18 | J | | |
| 155. INTERPUBLIC GROUP | | | | | Buy | 8-1 | K | | |
| 156. INTERPUBLIC GROUP | | None | L | T | Buy | 12-2 | K | | |
| 157. JONES APPAREL | | | | | Buy | 8-1 | K | | |
| 158. JONES APPAREL | | | | | Buy | 11-2 | K | | |
| 159. JONES APPAREL | | | | | Buy | 11-7 | J | | |
| 160. JONES APPAREL | A | Dividend | K | T | Part Sale | 12-1 | K | | |
| 161. J JILL GROUP | | | | | Part Sale | 1-7 | L | | |
| 162. J. JILL GROUP | | | | | Part Sale | 1-10 | L | | |
| 163. J. JILL GROUP | | | | | Part Sale | 1-12 | L | | |
| 164. J. JILL GROUP | | None | | | Sold | 1-14 | L | | |
| 165. KANBAY INTERNATIONAL | | | | | Buy | 1-19 | L | | |
| 166. KANBAY INTERNATIONAL | | | | | Buy | 1-20 | J | | |
| 167. KANBAY INTERNATIONAL | | None | | | Sold | 2-22 | M | | |
| 168. LAS VEGAS SANDS CORP. | | None | | | Sold | 2-22 | L | D | |
| 169. MANULIFE FINANCIAL | | | | | Part Sale | 2-4 | J | B | |
| 170. MANULIFE FINANCIAL | A | Dividend | | | Sold | 3-29 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimat | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. MARKETAXESS HLDGS. | | None | | | Sold | 2-9 | L | | |
| 172. MEDCO HEALTH SOLUTIONS | | None | L | T | | | | | |
| 173. MICROSYSTEM INC. | | None | | | Sold | 2-22 | N | E | |
| 174. NET TEASE COM INC. | | | | | Part Sale | 1-22 | L | | |
| 175. NET TEASE COM INC. | | None | | | Sold | 2-9 | L | | |
| 176. NINETOWNS DIGITAL WORLD | | None | | | Sold | 1-6 | J | | |
| 177. NOKIA CORP. | | None | | | Sold | 1-7 | M | E | |
| 178. ORANGE 21 INC. | | None | | | Sold | 2-18 | K | | |
| 179. PATTERSON UTI ENERGY | | | | | Part Sale | 1-7 | M | D | |
| 180. PATTERSON UTI ENERGY | | None | | | Sold | 2-22 | M | F | |
| 181. PROCTOR & GAMBLE | A | Dividend | K | T | Buy | 8-1 | J | | |
| 182. QUICKSILVER RESOURCES | | | | | Part Sale | 1-3 | M | E | |
| 183. QUICKSILVER RESOURCES | | | | | Part Sale | 1-12 | L | E | |
| 184. QUICKSILVER RESOURCES | | None | | | Sold | 2-22 | M | E | |
| 185. RANGE RESOURCES | | None | | | Sold | 1-3 | M | | |
| 186. RED HAT INC. | | None | | | Sold | 1-12 | L | | |
| 187. RED ROBIN GOURMET BURGERS | | | | | Part Sale | 2-22 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. RED ROBIN GOURMET BURGERS | | None | | | Sold | 2-25 | L | D | |
| 189. ROYAL CARIBBEAN CRUISES | | | | | Part Sale | 2-9 | M | | |
| 190. ROYAL CARIBBEAN CRUISES | | | | | Part Sale | 2-11 | K | | |
| 191. ROYAL CARIBBEAN CRUISES | | None | | | Sold | 2-22 | M | | |
| 192. SHANDA INTERACTIVE | | | | | Buy | 1-4 | J | | |
| 193. SHANDA INTERACTIVE | | | | | Buy | 1-5 | J | | |
| 194. SHANDA INTERACTIVE | | | | | Part Sale | 1-28 | K | | |
| 195. SHANDA INTERACTIVE | | None | | | Sold | 2-9 | M | | |
| 196. SHOPPING.COM LTD. | | | | | Part Sale | 2-9 | M | | |
| 197. SHOPPING.COM LTD. | | None | | | Sold | 2-11 | M | | |
| 198. SINA CORP. | | None | | | Sold | 1-28 | M | | |
| 199. SUNTRUST BANK | | | | | Buy | 1-4 | J | | |
| 200. SUNTRUST BANK | | | | | Buy | 2-10 | J | | |
| 201. SUNTRUST BANK | | | | | Sold | 5-17 | J | | |
| 202. SUNTRUST BANK | | | | | Buy | 8-1 | J | | |
| 203. SUNTRUST BANK | B | Dividend | J | T | Part Sale | 8-19 | J | | |
| 204. TEXAS ROADHOUSE INC. CLASS A | | None | | | Sold | 2-22 | M | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. THE 9 LTD. | | None | | | Sold | 1-3 | J | A | |
| 206. TIME WARNER | A | Dividend | M | T | Buy | 8-1 | K | | |
| 207. UNILEVER NV | A | Dividend | K | T | | | | | |
| 208. WEBSEN INC. | | | | | Part Sale | 1-28 | K | | |
| 209. WEBSEN INC. | | | | | Part Sale | 1-31 | L | | |
| 210. WEBSEN INC. | B | Dividend | | | Sold | 2-3 | L | | |
| 211. XL CAPITAL CLASS A | | | | | Buy | 6-20 | J | | |
| 212. XL CAPITAL CLASS A | A | Dividend | K | T | Buy | 8-1 | K | | |
| 213. XEROX | | None | | | Sold | 2-25 | N | E | |
| 214. YAHOO INC. | | None | | | Sold | 2-22 | N | F | |
| 215. ADC TELECOMMUNICATIONS | | | | | Buy | 8-1 | J | | |
| 216. ADC TELECOMMUNICATIONS | | None | K | T | Buy | 10-5 | K | | |
| 217. CLOROX CO. | | | | | Buy | 9-1 | L | | |
| 218. CLOROX CO. | A | Dividend | L | T | Buy | 10-7 | J | | |
| 219. CROWN CASTLE INT'L | | None | J | T | Buy | 10-31 | J | | |
| 220. EATON CORP. | A | Dividend | K | T | Buy | 8-1 | J | | |
| 221. ELECTRONIC DATA SYSTEMS CORP. | | | | | Buy | 4-14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. ELECTRONIC DATA SYSTEMS CORP. | A | Dividend | L | T | Buy | 8-1 | K | | |
| 223. ENSCO INT'L | | | | | Buy | 6-28 | J | | |
| 224. ENSCO INT'L | A | Dividend | K | T | Buy | 8-1 | J | | |
| 225. EXXON MOBIL | | | | | Buy | 6-20 | J | | |
| 226. EXXON MOBIL | | | | | Buy | 8-3 | K | | |
| 227. EXXON MOBIL | A | Dividend | M | T | Buy | 10-31 | K | | |
| 228. FEDERATED INVESTORS CL. B | A | Dividend | K | T | Buy | 9-14 | K | | |
| 229. GENWORTH FINANCIAL | A | Dividend | K | T | Buy | 8-30 | K | | |
| 230. GFI GROUP | | | | | Buy | 1-31 | L | | |
| 231. GFI GROUP | | | | | Buy | 2-1 | K | | |
| 232. GFI GROUP | | | | | Buy | 2-2 | J | | |
| 233. GFI GROUP | | | | | Buy | 2-3 | J | | |
| 234. GFI GROUP | | None | | | Sold | 2-22 | M | | |
| 235. GLOBAL SANTA FE CORP. | | | | | Buy | 5-20 | K | | |
| 236. GLOBAL SANTA FE CORP. | | | | | Buy | 6-20 | J | | |
| 237. GLOBAL SANTA FE CORP. | A | Dividend | L | T | Buy | 8-1 | K | | |
| 238. GOODRICH CORP. | | | | | Buy | 4-13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. GOODRICH CORP. | A | Dividend | J | T | Buy | 8-1 | J | | |
| 240. HALLIBURTON CO. | | | | | Buy | 2-4 | N | | |
| 241. HALLIBURTON CO. | | None | | | Sold | 2-22 | N | E | |
| 242. HCA INC. | A | Dividend | J | T | Buy | 8-1 | J | | |
| 243. HUBBELL CL. B | | None | J | T | Buy | 2-15 | J | | |
| 244. INTEL CORP. | | | | | Buy | 8-24 | K | | |
| 245. INTEL CORP. | A | Dividend | K | T | Buy | 10-5 | J | | |
| 246. INT'L BUS. MACHINES | A | Dividend | K | T | Buy | 8-1 | K | | |
| 247. INTERNATIONAL GAME TECH | | | | | Buy | 1-18 | M | | |
| 248. INTERNATIONAL GAME TECH | | None | | | Sold | 2-22 | M | | |
| 249. JOHNSON & JOHNSON | A | Dividend | K | T | Buy | 8-1 | K | | |
| 250. KELLOGG CO. | A | Dividend | J | T | Buy | 8-1 | J | | |
| 251. KIMBERLY CLARK | A | Dividend | K | T | Buy | 8-1 | K | | |
| 252. LILLY (ELI) & CO. | | | | | Buy | 8-1 | K | | |
| 253. LILLY (ELI) & CO. | | | | | Buy | 8-17 | J | | |
| 254. LILLY (ELI) & CO. | A | Dividend | L | T | Buy | 9-6 | J | | |
| 255. LO JACK CORP. | | | | | Buy | 1-26 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (!) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. LO JACK CORP. | | None | | | Sold | 2-2 | M | C | |
| 257. LIMITED BRANDS | | | | | Buy | 8-1 | K | | |
| 258. LIMITED BRANDS | A | Dividend | K | T | Buy | 12-13 | K | | |
| 259. MARATHON OIL | A | Dividend | K | T | Buy | 8-1 | J | | |
| 260. MARCHEX INC. CL. B | | | | | Buy | 2-8 | J | | |
| 261. MARCHEX INC. CL. B | | | | | Buy | 2-9 | J | | |
| 262. MARCHEX INC. CL. B | | | | | Buy | 2-14 | L | | |
| 263. MARCHEX INC. CL. B | | None | | | Sold | 2-22 | M | D | |
| 264. MARTIN MARIETTA | | | | | Buy | 2-10 | J | | |
| 265. MARTIN MARIETTA | A | Dividend | K | T | Buy | 8-1 | J | | |
| 266. MCDONALDS CORP. | A | Dividend | K | T | Buy | 8-1 | K | | |
| 267. MEASUREMENT SPECIALTIES | | | | | Buy | 1-26 | M | | |
| 268. MEASUREMENT SPECIALTIES | | | | | Buy | 1-27 | K | | |
| 269. MEASUREMENT SPECIALTIES | | | | | Buy | 1-28 | K | | |
| 270. MEASUREMENT SPECIALTIES | | None | | | Sold | 2-20 | N | D | |
| 271. MERCK & CO. | | | | | Buy | 8-17 | J | | |
| 272. MERCK & CO. | | | | | Buy | 8-24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. MERCK & CO. | A | Dividend | L | T | Buy | 9-16 | K | | |
| 274. MERRILL LYNCH | | | | | Buy | 2-10 | J | | |
| 275. MERRILL LYNCH | | | | | Buy | 8-1 | K | | |
| 276. MERRILL LYNCH | A | Dividend | L | T | Buy | 8-16 | K | | |
| 277. MINE SAFETY APPL. | | | | | Buy | 1-12 | K | | |
| 278. MINE SAFETY APPL. | | | | | Buy | 1-13 | J | | |
| 279. MINE SAFETY APPL. | | | | | Buy | 1-14 | J | | |
| 280. MINE SAFETY APPL. | | | | | Buy | 1-18 | K | | |
| 281. MINE SAFETY APPL. | | | | | Buy | 1-19 | J | | |
| 282. MINE SAFETY APPL. | | | | | Buy | 1-20 | J | | |
| 283. MINE SAFETY APPL. | | | | | Buy | 1-24 | J | | |
| 284. MINE SAFETY APPL. | | | | | Buy | 1-25 | J | | |
| 285. MINE SAFETY APPL. | | | | | Buy | 1-26 | K | | |
| 286. MINE SAFETY APPL. | | | | | Buy | 1-27 | K | | |
| 287. MINE SAFETY APPL. | | | | | Buy | 1-28 | J | | |
| 288. MINE SAFETY APPL. | | | | | Buy | 2-2 | J | | |
| 289. MINE SAFETY APPL. | A | Dividend | | | Sold | 2-22 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. NATIONAL OILWELL INC. | | | | | Buy | 1-3 | M | | |
| 291. NATIONAL OIL WELL INC. | | None | | | Sold | 2-22 | M | E | |
| 292. NOBLE CORP. | | | | | Buy | 5-20 | K | | |
| 293. NOBLE CORP. | A | Dividend | K | T | Buy | 10-25 | J | | |
| 294. OFFICE DEPOT | | | | | Buy | 8-1 | K | | |
| 295. OFFICE DEPOT | | | | | Buy | 10-5 | J | | |
| 296. OFFICE DEPOT | | None | L | T | Buy | 10-28 | J | | |
| 297. OPTION EXPRESS | | | | | Buy | 2-1 | J | | |
| 298. OPTION EXPRESS | A | Dividend | | | Sold | 2-17 | J | A | |
| 299. PINNACLE WEST CAPITAL | A | Dividend | J | T | Buy | 8-1 | J | | |
| 300. PPG INDUSTRIES | A | Dividend | J | T | Buy | 8-1 | J | | |
| 301. RENAISSANCERE HLDGS | | | | | Buy | 8-1 | J | | |
| 302. RENAISSANCERE HLDGS | A | Dividend | K | T | Buy | 8-9 | K | | |
| 303. SANMINA SCI CORP. | | | | | Buy | 5-20 | J | | |
| 304. SANMINA SCI CORP. | | None | K | T | Buy | 8-1 | J | | |
| 305. STERICYCLE INC. | | | | | Buy | 1-12 | K | | |
| 306. STERICYCLE INC. | | | | | Buy | 1-13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. STERICYCLE INC. | | | | | Buy | 1-18 | K | | |
| 308. STERICYCLE INC. | | | | | Buy | 1-19 | K | | |
| 309. STERICYCLE INC. | | | | | Buy | 1-20 | K | | |
| 310. STERICYCLE INC. | | | | | Buy | 1-21 | K | | |
| 311. STERICYCLE INC. | | | | | Buy | 1-25 | M | | |
| 312. STERICYCLE INC. | | None | | | Sold | 2-22 | N | | |
| 313. TARGET CORP. | | | | | Buy | 1-4 | J | | |
| 314. TARGET CORP. | | | | | Buy | 2-7 | K | | |
| 315. TARGET CORP. | | | | | Buy | 3-10 | K | | |
| 316. TARGET CORP. | A | Dividend | L | T | Buy | 8-1 | K | | |
| 317. TOYOTA MOTOR CORP. | | None | K | T | Buy | 10-11 | K | | |
| 318. UTI WORLDWIDE | | | | | Buy | 1-12 | L | | |
| 319. UTI WORLDWIDE | | | | | Buy | 1-18 | K | | |
| 320. UTI WORLDWIDE | | | | | Buy | 1-20 | J | | |
| 321. UTI WORLDWIDE | | | | | Buy | 1-21 | J | | |
| 322. UTI WORLDWIDE | | | | | Buy | 1-24 | K | | |
| 323. UTI WORLDWIDE | | | | | Buy | 1-25 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. UTI WORLDWIDE | | | | | Buy | 1-26 | J | | |
| 325. UTI WORLDWIDE | | | | | Buy | 1-28 | L | | |
| 326. UTI WORLDWIDE | | | | | Buy | 1-31 | J | | |
| 327. UTI WORLDWIDE | | None | | | Sold | 2-22 | N | D | |
| 328. VASCO DATA SECURITY INT'L | | | | | Buy | 1-20 | J | | |
| 329. VASCO DATA SECURITY INT'L | | | | | Buy | 1-21 | J | | |
| 330. VASCO DATA SECURITY INT'L | | None | | | Sold | 2-22 | N | B | |
| 331. | | | | | | | | | |
| 332. TAX EXEMPT BONDS | | | | | | | | | |
| 333. NY ST TWY AUTH HWY & BRDG TR FD SER A N/C AMBAC | D | Interest | M | T | | | | | |
| 334. NEW YORK ST HSG FIN AGY GEN HSG SER B | C | Interest | K | T | | | | | |
| 335. NEW YORK ST MTG AGY REV HOMETOWN MTG-29-A-RMKT | C | Interest | M | T | | | | | |
| 336. NY STATE POWER AUTH GEN REV ETM SER A | D | Interest | L | T | | | | | |
| 337. NY STATE PWR AUTH REV & GEN PURP SER DETM | D | Interest | M | T | Part Sale | 1-1 | J | A | |
| 338. TRIBORO BRIDGE & TUNNEL AUTH 4.75% 1/1/05 | C | Interest | | | Redeemed | 1-5 | M | C | |
| 339. NEW YORK STATE POWER AUTH SER G 1/1/10 | C | Interest | L | T | | | | | |
| 340. NEW YORK STATE LOCAL GOVT. ASST. 4/1/05 | A | Interest | | | Redeemed | 4-1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. RENSSALAER CTY N.Y. | D | Interest | M | T | | | | | |
| 342. NYS MTG AGY | D | Interest | M | T | | | | | |
| 343. NYS THWY AUTH. | D | Interest | M | T | Part Sale | 11-1 | K | A | |
| 344. NEW YORK ST. HSG. FIN. AGY. GEN. SER. A | D | Interest | M | T | | | | | |
| 345. NEW YORK STATE POWER AUTH. | C | Interest | K | T | Part Sale | 1-1 | J | | |
| 346. DUTCHESS CTY, NY 5%, 8/1/09 | C | Interest | M | T | | | | | |
| 347. NYS DORM. AUTH. 5.375%, 2/15/07 | D | Interest | M | T | | | | | |
| 348. NYS SER. A 5%, 3/15/14 | C | Interest | M | T | | | | | |
| 349. MTA N.Y. 5%, 7/1/11 | B | Interest | M | T | | | | | |
| 350. TRIBOROUGH BRIDGE & TUNNEL 5.2%, 1/1/20 | B | Interest | M | T | | | | | |
| 351. N.Y.S. ENV. 5.25%, 10/15/20 | C | Interest | M | T | | | | | |
| 352. N.Y.C. 5% due 2/1/24 | C | Interest | M | T | Buy | 1-14 | M | | |
| 353. NYS THRWY. AUTH. 5.3%, 4/1/15 | C | Interest | M | T | Buy | 3-4 | M | | |
| 354. | | | | | | | | | |
| 355. MUTUAL FUNDS | | | | | | | | | |
| 356. BRANDYWINE FUND INC. | | None | P2 | T | Buy | 6-7 | O | | |
| 357. VANGUARD 500 INDEX FUND | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. DAVIS NY VENTURE FUND INC. CL. A | E | Dividend | P2 | T | Buy | 6-9 | P1 | | |
| 359. ICAP EQUITY | | | | | Buy | 1-7 | L | | |
| 360. ICAP EQUITY | | | | | Buy | 4-6 | J | | |
| 361. ICAP EQUITY | D | Dividend | | | Sold | 6-3 | P1 | | |
| 362. ALLIANCE MUNICIPAL INCOME FUND | | | | | Buy | 1-10 | J | | |
| 363. ALLIANCE MUNICIPAL INCOME FUND | | | | | Buy | 1-24 | J | | |
| 364. ALLIANCE MUNICIPAL INCOME FUND | A | Dividend | | | Sold | 2-25 | O | E | |
| 365. FIDELITY CAPITAL APPRECIATION FUND | D | Dividend | L | T | | | | | |
| 366. FIDELITY DIVIDEND GROWTH FUND | B | Dividend | L | T | | | | | |
| 367. T. ROWE PRICE EQUITY INCOME FUND | B | Dividend | L | T | | | | | |
| 368. ABN-AMRO MONTAG & CALDWELL GROWTH FUND SER. 1 | | | | | Buy | 6-6 | P1 | | |
| 369. ABN-AMRO MONTAG & CALDWELL GROWTH FUND SER. 1 | | | | | Buy | 6-22 | J | | |
| 370. ABN-AMRO MONTAG & CALDWELL GROWTH FUND SER. 1 | D | Dividend | P1 | T | Buy | 9-26 | J | | |
| 371. BNY HAMILTON INTERMEDIATE N.Y. TAX EXEMPT FD. | | | | | Buy | 3-1 | P1 | | |
| 372. BNY HAMILTON INTERMEDIATE N.Y. TAX EXEMPT FD. | | | | | Buy | 4-1 | J | | |
| 373. BNY HAMILTON INTERMEDIATE N.Y. TAX EXEMPT FD. | | | | | Buy | 5-18 | J | | |
| 374. BNY HAMILTON INTERMEDIATE N.Y. TAX EXEMPT FD. | | | | | Buy | 5-23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. BNY HAMILTON INTERMEDIATE N.Y. TAX EXEMPT FD. | | | | | Buy | 6-6 | P1 | | |
| 376. BNY HAMILTON INTERMEDIATE N.Y. TAX EXEMPT FD. | | | | | Buy | 6-30 | J | | |
| 377. BNY HAMILTON INTERMEDIATE N.Y. TAX EXEMPT FD. | | | | | Buy | 7-26 | J | | |
| 378. BNY HAMILTON INTERMEDIATE N.Y. TAX EXEMPT FD. | | | | | Buy | 7-27 | J | | |
| 379. BNY HAMILTON INTERMEDIATE N.Y. TAX EXEMPT FD. | | | | | Buy | 8-26 | J | | |
| 380. BNY HAMILTON INTERMEDIATE N.Y. TAX EXEMPT FD. | | | | | Buy | 9-26 | J | | |
| 381. BNY HAMILTON INTERMEDIATE N.Y. TAX EXEMPT FD. | | | | | Buy | 11-4 | J | | |
| 382. BNY HAMILTON INTERMEDIATE N.Y. TAX EXEMPT FD. | E | Dividend | P1 | T | Buy | 11-25 | J | | |
| 383. CDC INVEST FUNDS LOOMIS SAYLES LARGE CAP GROWTH FUND | | None | P1 | T | Buy | 6-7 | P1 | | |
| 384. FIDELITY INT'L GROWTH & INCOME FUND | | | | | Buy | 1-3 | J | | |
| 385. FIDELITY INT'L GROWTH & INCOME FUND | B | Dividend | K | T | Buy | 11-4 | K | | |
| 386. STERLING CAPITAL SMALL CAP FUND | | | | | Buy | 1-3 | J | | |
| 387. STERLING CAPITAL SMALL CAP FUND | C | Dividend | K | T | Buy | 11-4 | K | | |
| 388. TRANSAMERICA PREMIER INST. EQUITY FUND | | | | | Buy | 2-28 | P2 | | |
| 389. TRANSAMERICA PREMIER INST. EQUITY FUND | | | | | Buy | 3-1 | M | | |
| 390. TRANSAMERICA PREMIER INST. EQUITY FUND | | None | | | Sold | 4-4 | P2 | | |
| 391. TURNER SMALL CAP EQUITY FUND | | None | P2 | T | Buy | 3-1 | P2 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | | | | | |
| 393. MISCELLANEOUS | | | | | | | | | |
| 394. CASH, J.P. MORGAN CHASE | E | Interest | O | T | | | | | |
| 395. FINE ARTS HELD AS TENANT-IN-COMMON | D | Rent | P1 | W | | | | | |
| 396. ARBOR PPTY TRUST | | None | K | T | | | | | |
| 397. SERVICEMASTER LP | | None | M | T | | | | | |
| 398. | | | | | | | | | |
| 399. NOTE: JUDGE STEIN HAS ELECTED NOT TO LIST | | | | | | | | | |
| 400. INFORMATION BY FAMILY MEMBER | | | | | | | | | |
| 401. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 8/17/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

████████████████ have contingent remainder interests in two charitable lead trusts.  No information with respect to the trusts was included in Part VII since the ████████ have no present beneficial interests in the trusts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544